**Order entered November 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00828-CR

**NATHAN ALLEN LEIDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80829-2010**

## ORDER

The Court **REINSTATES** the appeal.

On October 24, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel has not abandoned the appeal; and (4) counsel informed the trial court he would file appellant's brief by November 27, 2013.

We **ORDER** appellant to file appellant's brief by **NOVEMBER 27, 2013**.

/s/     DAVID EVANS
         JUSTICE